THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS PHILLIPS, Respondent, *v.* EDWARD RAYNES, a Peace Officer of the County of New York, Defendant.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant.

People ex rel. Phillips v. Raynes, 136 App. Div. 417, affirmed.
(Argued March 1, 1910; decided March 22, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 21, 1910, which affirmed an order of Special Term sustaining a writ of habeas corpus and directing that relator be discharged from custody, he having been arrested upon the charge of having sold convict-made goods without a license in violation of section 190 of chapter 36 of the Laws of 1909.

*Edward R. O'Malley, Attorney-General (Edward H. Letchworth* of counsel), for appellant.

*Mortimer Fishel* for respondent.

Order affirmed; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.